# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CR-04-179-R |
| ADRIAN MACIAS CASTRO, | ) ) ) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant's pro se Motion [Doc. No. 838] seeking a sentence reduction under 18 U.S.C. § 3582(c)(2) based on Amendment 821 to the U.S. Sentencing Guidelines. The United States responded in opposition [Doc. No. 841] and the matter is now at issue.

Upon review of the parties' submissions and the Probation Office's Preliminary Report for Consideration of Sentence Reduction Based on Amendment 821 [Doc. No. 840], the Court finds that Amendment 821 does not affect Defendant's guideline range and Defendant is therefore ineligible for a sentence reduction.

Accordingly, Defendant's motion [Doc. No. 838] is DISMISSED.

IT IS SO ORDERED this 8th day of January 2024.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE